815 F.2d 475
 UNITED STATES of America, Appellant,
v.
Samson E. SHONDE, Appellee.
 No. 85-5282-MN.
 United States Court of Appeals,
Eighth Circuit.
 March 23, 1987.
 
 Appeal from the United States District Court for the District of Minnesota; Miles W. Lord, Judge.
 
 
 1
 Prior report: 803 F.2d 937.
 
 
 2
 Appellant's petition for rehearing en banc has been considered by the Court and is denied.
 
 
 3
 Circuit Judges ROSS, JOHN R. GIBSON, FAGG, BOWMAN and WOLLMAN would have granted the petition.
 
 
 4
 Petition for rehearing by the panel is also denied.